NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-15931 |
| Plaintiff-Appellee, | D.C. Nos. 1:16-cv-00032-JMS |
| v. | 1:15-cr-00159-JMS |
| GREGG INOSHITA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, Chief Judge, Presiding

Submitted September 26, 2017[**]

Before:    SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Gregg Inoshita appeals from the district court's judgment denying his 28

U.S.C. § 2255 motion.  We have jurisdiction under 28 U.S.C. § 2253, and we

dismiss.

Inoshita challenges his career offender sentence, contending that his prior

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

convictions for bank robbery under 18 U.S.C. § 2113(a) are not "crime[s] of violence" under U.S.S.G. § 4B1.1(a) (2015).  The government argues that this appeal is barred by a valid appeal waiver.  We review de novo whether a defendant has waived his right to appeal.  *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011).  The terms of the appeal waiver in Inoshita's plea agreement unambiguously encompass the claims raised in this appeal.  *See id*. at 1205-06.  We reject as meritless Inoshita's arguments that his waiver is unenforceable.  Accordingly, we dismiss pursuant to the valid waiver.  *See id*. at 1207.

**DISMISSED.**

16-15931